April 25, 2021

James J DuLacy Jr.
    Plaintiff

V

Allegheny County Jail, Orlando Harper Warden, Laura Williams Dep. Warden of Medical, Allegheny County Jail Medical - Allegheny Health Network
    Defendants

Amended Complaint
No. 2:21-cv-00174
Magistrate Judge
Lisa Pupo Lenihan

FILED
MAY 03 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

In The United States District Court For The Western District Of Pennsylvania

Amended Complaint

1) My complaint is that I am not getting medical treatment properly. This all started November-December 2019 with my ear problems, I told medical that I have Otis meida (Ruptured ear drums) witch get infected behind the drum. Due to water getting behind and inside the ear drum causing infection I was treated with antibiotics that would not work for the internal infection. The pain and presher was unbearable at times untill the drum would crack and pop and drain this went on for months. Finialy Jun 29, 2020. I went to an outside doctor did some tests and cleaned the inside of my drum and recomended me to a nother doctor. At this time I was on more antibotes witch did not help. I finialy got to see the second doctor January 19, 2021. The first doctor recomend me to see the new doctor A.S.A.P. 7 month later I got to see him and he recomaned a C/T scan on my head to see the bone loss in my nasa cavaity and to return in 2-3 weeks I had a follow up with him on February 22, 2021 but there was no C/T scan so he ordered a nother C/T scan and follow up in 2-3 weeks. On April 19, 2021 I finily got that C/T scan and now waiting for the F/owup appointmeit.

Doring all this all my notes and medical papers were left in my prorpty at Butler Jail so I have no summary reports to show Because medical said they already gave me copies. And I keep getting pointed in diffreant direction at every try.

② Blood was taken in May 2020 to look into my infection with my ears and to see what else might be going on with my constant akies and pains and no one contacted me until I see the nurse the first week of June and she informed me in the hall by the elevater on level 4 that I have Lymes Deies and High Blood Pressure she told me to take meds that she was going to prescribe that I would be just fine. I asked about this and was told nothing. I confronted Laura Williams in December of 2020 about the Lymes and December 25 2020 she told me that I don't have Lymes. I have had a nurse give pamphlets on Lyms, Why would they do that if I don't have it.

Again all my summary reports from medical were left in my property at Butler Allegheny County Sheriffs would not let me bring my paper work.

③ A small wound on my left leg would not heal after the leg shackle cut open the inscsion ankle November 2019 Now it has some kind of bacteria eating my skin away the Bacitracin ointment they keep putting on it makes it worse and they keep perscribing it. All this has been going on for over 16 months.

I was just told April 21, 2021 that they were short staffed and they would get me my summary reports as soon as they could I do have a picture of my leg on the outside A lawyer took through video cofrance

The relief I am seeking is for pain and suffering, hearing loss, all medical bills paid and 2.5 million dollars for the hearing I will never get back and my equilibunam. (balance) that plages me cause of the ears.

Respectfully  4-25-2021

James J Dulay Jr 102739
Allegheny County Jail
950 Second Ave
Pitts PA 15219